JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> HARVEST GATHERING FARM, LLC, <br><br> Defendant. | Case No. 2:23-cv-02201-AB-MRW <br><br> [PROPOSED] **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Consistent with the Order Granting Motion for Default Final Judgment entered concurrently herewith, Judgment is hereby entered in favor of Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and against Defendant Harvest Gathering Farm, LLC as follows:

1. Plaintiff shall recover from Defendant statutory damages in the sum of **$23,976.00** for copyright infringement.

2. Plaintiff shall recover attorneys' fees and costs, pursuant to Local Rule 55-3, to be determined after entry of judgment.

3. The Courts enters a permanent injunction enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and

1.

assigns, and all those in active concert and participation with Defendant are from (a) directly or indirectly infringing Plaintiff's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff's copyrighted photograph or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

4.  The Court will retain jurisdiction to enforce the Final Judgment and Permanent Injunction and consider any motion for attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 30, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.